IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEAHI PAVAO, DEREK KAMIYA as personal representative of the ESTATE OF SONNETTE MARRAS, GARY POWELL on behalf of and as conservator for M.P.C.F.S.M., a minor child, R.P.O.C.S.S.M., a minor child, M.P.C.I.H.S.M., a minor child, and M.K.C.S.M., a minor child; MICHAEL SORIANO; and LANCE TANIGUCHI, | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL 14-00367 LEK-KSC |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| USPLABS, LLC, JONATHAN VINCENT DOYLE (an individual), JACOB GEISSLER (an individual) a/k/a/ JACOBO GEISSLER, USPLABS OXYELITE, LLC, USPLABS OXYELITE PN, LLC, GNC CORPORATION, S.K. LABORATORIES, INC., VITA-TECH INTERNATIONAL, INC. and DOES 1-500, Inclusive, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| RONSONETTE P.C. SMITH-MARRAS, | ) | CIVIL NO. 15-00188 LEK-KSC |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GENERAL NUTRITION CORPORATION; USPLABS, LLC, S.K. LABORATORIES, INC.; DOE DEFENDANTS 1-100, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| RONDEN MARRAS, | ) | CIVIL NO. 15-00329 LEK-KSC |
| Plaintiff, | ) ) ) | |

```
         vs.                        )
                                    )
USPLABS, LLC, JONATHAN              )
VINCENT DOYLE (an                   )
individual), JACOB GEISSLER         )
(an individual) a/k/a JACOBO        )
GEISSLER, USPLABS OXYELITE,         )
LLC, USPLABS OXYELITE PN,           )
LLC, GNC CORPORATION, and           )
DOES 1-500, Inclusive,              )
                                    )
          Defendants.               )
_____       )
```

### ORDER OF CONSOLIDATION

On December 10, 2015, this Court issued its Order Denying Defendants' Motions to Dismiss and Ordering Consolidation of Cases ("12/10/15 Order") in Smith-Marras v. General Nutrition Corp., et al., CV 15-00188 LEK-KSC, and Marras v. USPlabs, LLC, et al., CV 15-00329 LEK-KSC. [Smith-Marras, dkt. no. 31; Marras, dkt. no. 22.] This Court ordered that Smith-Marras and Marras be consolidated with Pavao, et al. v. USPlabs, LLC, et al., CV 14-00367 LEK-KSC. [12/10/15 Order at 8.] Pursuant to the 12/10/15 Order, Pavao, Smith-Marras, and Marras are HEREBY CONSOLIDATED.

All further pleadings shall be filed and docketed in Pavao. The Court DIRECTS the Clerk's Office to make an entry in both Smith-Marras and Marras indicating that all further filings relevant to that case shall be filed only in Pavao.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, December 11, 2015.



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**KEAHI PAVAO, ET AL. VS. USPLABS, LLC, ET AL; CIVIL 14-00367 LEK-KSC; RONSONETTE P.C. SMITH-MARRAS VS. GENERAL NUTRITION CORPORATION, ET AL; CIVIL 15-00188 LEK-KSC; RONDEN MARRAS VS. USPLABS, LLC, ET AL; CIVIL 15-00329 LEK-KSC; ORDER OF CONSOLIDATION**